UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARTHUR SOTIRION,            )
 Petitioner                 )
                            )
        v.                  )    No. 08-CV-30019-MAP
                            )
UNITED STATES OF AMERICA,   )
 Respondent                 )


MEMORANDUM AND ORDER REGARDING
MOTION FOR CERTIFICATE OF APPEALABILITY
(Dkt. No. 15)

February 5, 2009

PONSOR, D.J.

This action pursuant to 28 U.S.C. § 2255 seeks a correction of Petitioner's sentence, based upon the (now concededly) erroneous application of a two-point enhancement of his offense level for abuse of a position of trust. On November 25, 2008, the court issued its memorandum denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence, despite the acknowledged mistake, on the ground that he had waived his right to bring this sort of collateral attack upon his sentence.

Petitioner has now filed a Motion for Certificate of Appealability (Dkt. No. 15). This motion is hereby ALLOWED, for two reasons. First, the government's recognition, and the court's agreement, that an error in the calculation of the appropriate offense level occurred make this a special case.

Second, the circumstances of Petitioner's waiver of his right to bring this collateral attack were such that a reasonable jurist might find this court's decision debatable. Under these circumstances, the interests of justice dictate that Petitioner be permitted to pursue a vigorous appeal, without any shadow that might be cast by a denial of the certificate.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge